Evelyn Cuccia, Respondent, v. W. L. Mead, Inc., et al., Defendants, and Francis Ayers, Appellant.— Motion granted and appeal dismissed, with costs.

Ann C. Schopf, Plaintiff, v. Larry E. Lawrence et al., Defendants. (And Four Other Actions).— Motion for a stay denied.

George H. Hake, Sr., Appellant, v. George Kissak et al., Respondents.— Motion for a stay denied.

The People of the State of New York, Respondent, v. Louis E. Van Steinburg, Appellant.— Motion granted and appeal dismissed.

## (May 19, 1954.)

In the Matter of the Estate of Manny Rose, Deceased. Meyer Rose, Appellant; Asher S. Cohen et al., Respondents.— Appeal dismissed, without costs upon stipulation. Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ.

Ra-Pid-Gro Corporation, Appellant, v. Otto Stern, Doing Business as Stern's Nurseries, et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an injunction action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

The People of the State of New York, Respondent, v. James Syracuse, Jr., Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of assault, second degree.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

The People of the State of New York, Respondent, v. George Fuller and John Wilson, Appellants.— Judgments of conviction and order affirmed. All concur. (Appeals from judgments convicting defendants of the crime of grand larceny, first degree. The order denies a motion for a new trial.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

John Manikas, Appellant, v. Walter Carswell et al., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. See memorandum filed in companion case of *Manikas* v. *Carswell* (*post,* p. 1003, decided herewith). All concur. (Appeal from a judgment for defendants for no cause of action in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.